

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 29, 2022

**BY ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Floyd Rose*, 15 Cr. 594 (JPO)

Dear Judge Oetken:

      On March 24, 2022, the parties appeared before the Court to address defendant Floyd Rose's violations of supervised release. The Court ordered the defendant be released to a residential drug treatment program. Another conference is now scheduled for Thursday, October 6, 2022 at 12:00 noon.

      United States Probation Officer Elisha Rivera has reported to the Government and defense counsel that the defendant remains in residential treatment and is expected to remain there for at least several more months. Accordingly, the parties and Probation respectfully request the upcoming conference be adjourned approximately 60 days to allow the defendant to continue his treatment.

Granted. The October 6, 2022 conference is hereby adjourned to December 19, 2022 at 2:00 pm.
So ordered: September 30, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Frank J. Balsamello
Assistant United States Attorney
(212) 637-2325

*/s/ J. Paul Oetken*
J. PAUL OETKEN
United States District Judge

cc:    David Touger, Esq., *counsel for defendant Floyd Rose* (by ECF)
        Elisha Rivera, *United States Probation Officer* (by e-mail)